IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Citizens Alliance of North Dakota and Brandon Prichard, <br><br> Plaintiffs, <br><br> vs. <br><br> Drew Wrigley, or his successor, in his official capacity as Attorney General of North Dakota, Julie Lawyer or her successor in her official capacity as the Burleigh County States' Attorney, North Dakota Ethics Commission, Rebecca Binstock, or her successor in her official capacity as Executive Director of the North Dakota Ethics Commission. <br><br> Defendants. | Case No. 1:25-cv-00256 |

## ORDER ADOPTING STIPULATION TO SCHEDULE RESPONSE DEADLINE

[¶ 1]   THIS MATTER comes before the Court on a Stipulation to Schedule a Response Deadline of January 30, 2026 for Plaintiffs' Response(s) to Motions to Dismiss filed by Plaintiffs on December 9, 2025. Doc. No. 16. Plaintiffs state that the current deadlines for Plaintiffs to respond to the pending motions to dismiss from Defendants Drew Wrigley (Doc. No. 11) and Julie Lawyer (Doc. No. 13) fall directly within the winter holidays and the Ethics Commission Defendants still have until January 9, 2026, to answer or otherwise respond to the Plaintiffs' Complaint. See Doc. No. 8. Given the holidays and this timeframe, Plaintiffs contend that it would be more efficient to file a simultaneous response or responses to the existing and potential Motions to Dismiss. Accordingly, the parties have agreed to a response deadline of January 30, 2026, for the Plaintiffs to respond to the current pending Motions to Dismiss (Doc. Nos. 11, 13) and allow Plaintiffs

sufficient time to respond to any motions to dismiss filed by the Ethics Commission Defendants, if that occurs.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that the Plaintiffs have until January 30, 2026, to respond to the current pending motions to dismiss and any additional motions to dismiss filed by the Ethics Commission Defendants.

[¶ 3]   **IT IS SO ORDERED.**

DATED December 10, 2025.

Daniel M. Traynor, District Judge
United States District Court