IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:25-cv-00256

Citizens Alliance of North Dakota and
Brandon Prichard,

     Plaintiffs,

  v.

Drew Wrigley, or his successor, in his
official capacity as Attorney General of
North Dakota, Julie Lawyer or her
successor in her official capacity as the
Burleigh County States' Attorney, North
Dakota Ethics Commission, Rebecca
Binstock, or her successor in her official
capacity as Executive Director of the North
Dakota Ethics Commission,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF APPEAL BY JULIE
LAWYER IN HER OFFICIAL
CAPACITY AS THE BURLEIGH
COUNTY STATES' ATTORNEY**

    ***       ***       ***

PLEASE TAKE NOTICE that Defendant Julie Lawyer in her official capacity as the

Burleigh County States' Attorney, appeals to the United States Court of Appeals for the Eighth

Circuit from the Order Granting General Wrigley's and Ethics Commission Defendants' Motions

to Dismiss and Denying State's Attorney Lawyer's Motion to Dismiss (Doc 26) entered on April

30, 2026. This is an appeal from an order denying Lawyer's assertion of Eleventh Amendment

immunity; therefore, it is permitted by law under the collateral order doctrine. See Myers v. Iowa

Bd. of Regents, 30 F.4th 705, 707 (8th Cir. 2022).

- 1 -

Dated this 12th day of May, 2026.

By  */s/ Brian D. Schmidt*
      Brian D. Schmidt (ND Bar ID #07498)
      bschmidt@smithporsborg.com
      Scott K. Porsborg (ND Bar ID #04904)
      sporsborg@smithporsborg.com
      Burleigh County Special Assistants State's
      Attorneys
      122 East Broadway Avenue
      P.O. Box 460
      Bismarck, ND 58502-0460
      (701) 258-0630

      Attorneys for Defendant**,** Julie Lawyer or
      her successor in her official capacity as the
      Burleigh County States' Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2026, a true and correct copy of the foregoing **NOTICE OF APPEAL BY JULIE LAWYER IN HER OFFICIAL CAPACITY AS THE BURLEIGH COUNTY STATES' ATTORNEY** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

ATTORNEYS FOR PLAINTIFFS, CITIZENS ALLIANCE OF NORTH DAKOTA AND BRANDON PRICHARD

Erick G. Kaardal                   kaardal@mklaw.com
Elizabeth A. Nielsen             nielsen@mklaw.com
Attorneys at Law
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402

- 3 -

ATTORNEY FOR DEFENDANT, DREW WRIGLEY, OR HIS SUCCESSOR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NORTH DAKOTA

Courtney R. Titus                                              ctitus@nd.gov
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509


ATTORNEY FOR DEFENDANTS, NORTH DAKOTA ETHICS COMMISSION AND REBECCA BINSTOCK, OR HER SUCCESSOR IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE NORTH DAKOTA ETHICS COMMISSION

Logan Carpenter                                              locarpenter@nd.gov
Special Assistant Attorney General
600 E. Boulevard Ave., Dept. 195
Bismarck, ND 58505

Justin Vinje                                                  justin@vinjelaw.com
Tiffany Vinje                                                 tiffany@vinjelaw.com
Special Assistant Attorneys General
P.O. Box 4031
Bismarck, ND 58502


By */s/ Brian D. Schmidt*
BRIAN D. SCHMIDT